# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**Chambers of**  
Richard D. Bennett  
United States District Judge  
Northern Division

U.S. Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel: 410-962-3190  
Fax: 410-962-3177

January 14, 2025

TO COUNSEL OF RECORD

    RE:   *USA v. Samuel Warren*  
            Criminal No. RDB-23-0339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled. The Revised Schedule is as follows:

    **Sentencing:**    April 16, 2025 at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

        Sincerely,

        /s/

        Richard D. Bennett  
        United States District Judge

RDB/klf#