**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | U.S.Courthouse - Chambers 5D |
| **Richard D. Bennett** | 101 W. Lombard Street |
| **United States District Judge** | Baltimore, MD 21201 |
| **Northern Division** | Tel:  410-962-3190 |
| | Fax: 410-962-3177 |

March 25, 2025

TO COUNSEL OF RECORD

  RE:   *USA v. Samuel Warren*
          Criminal No. RDB-23-339

Dear Counsel:

This will confirm the Sentencing of the above-captioned Defendant has been rescheduled.  The Revised Schedule is as follows:

  **Sentencing:**          February 19, 2026  at 2:30 p.m.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                    Sincerely,

                       /s/

                    Richard D. Bennett
                    United States District Judge

RDB/klf#